**Opinion issued January 7, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00798-CV

_____

**COOK INCORPORATED AND COOK MEDICAL, LLC, Appellants**

**V.**

**JEFFREY ALAN PAVLOCK, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-03885**

## MEMORANDUM OPINION

Appellants, Cook Incorporated and Cook Medical, LLC, and Appellee, Jeffrey Alan Pavlock, have filed a joint motion seeking to set aside the trial court's judgment, to remand the cause for rendition of a judgment consistent with the parties' settlement agreement, and to immediately issue this Court's mandate. The

parties have filed a signed agreement. *See* TEX. R. APP. P. 42.1(a)(2). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Rule 42.1 authorizes this Court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of a judgment in accordance with the agreement. TEX. R. APP. P. 42.1(a)(2)(B); *see also* TEX. R. APP. P. 43.2(d). Rule 18.1 authorizes this Court to issue the mandate immediately on the parties' agreement. TEX. R. APP. P. 18.1(c).

Accordingly, we reinstate the appeal, grant the parties' joint motion, set aside the trial court's judgment without regard to the merits, and remand this case to the trial court for rendition of a judgment in accordance with the parties' agreement. TEX. R. APP. P. 42.1(a)(2)(B); *see also* TEX. R. APP. P. 43.2(d). We direct the Clerk of this Court to issue the mandate immediately. TEX. R. APP. P. 18.1(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.